PD-1071-15

AUG. 15, 2015

DANIEL G. RODRIGUEZ #1869538
C.T. TERRELL UNIT
1300 FM 655
ROSHARON, TX 77583

CLERK
TEXAS COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TX 78711

FILED IN
COURT OF CRIMINAL APPEALS

AUG 19 2015

Abel Acosta, Clerk

RE: CASE NO.: 01-13-00778-CR, FIRST COURT OF APPEALS
T.C. NO.: 1380317

DEAR CLERK;

ENCLOSED PLEASE FIND PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW. I AM A PRO SE LITIGANT, INDIGENT, AND WITHOUT ACCESS TO E-MAIL, COMPUTER, COPIER OR TELEPHONE. I DO NOT HAVE MEANS FOR PRODUCING NUMBER OF COPIES REQUIRED UNDER TEXAS RULES OF APPELLATE PROCEDURE. CAN THE COURT PLEASE WAIVE OR SUSPEND RULE REGARDING NUMBER OF COPIES REQUIRED FOR FILING OF MOTIONS AND PETITION?

THANK YOU FOR YOUR ASSISTANCE.

SINCERELY

x Daniel Rodriguez

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 19 2015

Abel Acosta, Clerk